UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-08222 |
| --- | --- | --- |
| Delores Lee | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

This matter coming before the Court on Trustee's Motion to Modify Plan pursuant to §1329(a) of the Bankruptcy Code or for other relief, due notice having been given and the court having heard the facts presented;

IT IS HEREBY ORDERED:

1) That subpart 2.3 of Debtor's plan is modified to include the following language "Debtor(s) shall submit a copy of their federal income tax return to the Trustee each year, beginning with the tax return for the tax year in which this case was filed, no later than April 20th. The debtor(s) shall tender to the Trustee the amount of any tax refund in excess of $1,200.00 each year, beginning the year after the plan is confirmed, within 7 days of receipt of the tax refund. Refunds must be received by the Trustee by June 30th of each year."

2) That Trustee shall not be required to perform any collections of any funds previously paid to creditors pursuant to any prior plans.

Enter: /s/ Carol A. Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 10, 2019

**Prepared by:**

Tom Vaughn
Chapter 13 Trustee
55 East Monroe, Suite 3850
Chicago, Illinois 60603
(312) 294-5900