IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Delores Lee

, Debtor

Case No.: 19-08222

Judge: Honorable Carol A. Doyle

Chapter: 13

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 23 2021

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 14, 2021, at 10:30 a.m., I will appear before the Honorable Judge Doyle, or any judge sitting in that judge's place, and present the motion of debtor, Delores Lee, to Modify the Plan Post-Confirmation, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Delores Lee
4017 S Dearborn Ave.
Apt. 2N
Chicago, IL 60609
(773) 440-6255
deloreslee4017@gmail.com

## PROOF OF SERVICE
## DECLARATION UNDER PENALTY OF PERJURY

I, Delores Lee, declare, **under penalty of perjury**, that I have PERSONALLY mailed a copy of the foregoing Notice of Motion, and the attached Motion, to each creditor on the attached service list, by first class mail, postage paid, on this 23rd day of November, 2021.

_11-23-21_                       _Delores Lee_
Date                               Debtor, *Pro se*

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Delores Lee

, Debtor

Case No.: 19-08222

Judge: Honorable Carol A. Doyle

Chapter: 13

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 23 2021

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

## **MOTION TO MODIFY THE PLAN POST CONFIRMATION**

NOW COMES Delores Lee (hereinafter referred to as "DEBTOR"), pursuant to 11 U.S.C. section 1329 and Bankruptcy Rule 3015(g) and moves this Honorable Court for entry of an Order Modifying the plan post-confirmation, and in support thereof, respectfully represents as follows:

1. On March 22, 2019, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on September 24, 2019.

3. The plan as confirmed provided for monthly payments of $150, for 60 months, with unsecured creditors receiving 5% of their timely filed, or allowed claims.

4. Debtor fell behind on her payments because she was in the hospital with COVID but she now will be able to catch up because she is able to afford an additional $30 more in the plan.

5. Debtor 's proposed modification of her plan is that she will pay an additional $30 for the remaining 30 months of her plan beginning December 2021, with plan payments therefore increasing from $150 to $180 per month, to pay the Trustee the total arrearage from her missed plan payments.

WHEREFORE, Debtor prays that this Honorable Court move to approve the proposed modification of her plan

Respectfully submitted,

*/s/ Delarus Lee*
Debtor, Pro Se

```
Label Matrix for local noticing          PRA Receivables Management, LLC         U.S. Bankruptcy Court
0752-1                                   PO Box 41021                            Eastern Division
Case 19-08222                            Norfolk, VA 23541-1021                  219 S Dearborn
Northern District of Illinois                                                    7th Floor
Eastern Division                                                                 Chicago, IL 60604-1702
Tue Nov 23 09:08:19 CST 2021

AT&T                                     AT&T CORP                               COMCAST
Bankruptcy Department                    by American InfoSource as agent         PO BOX 1931
PO Box 769                               4515 N Santa Fe Ave                     Burlingame, CA 94011-1931
Arlington TX 76004-0769                  Oklahoma City, OK 73118-7901


City of Chicago                          City of Chicago Department of Finance   Comcast
Department of Revenue                    c/o Arnold Scott Harris P.C.            41112 Concept Dr
Bureau of Parking Bankruptcy             111 W Jackson Blvd Ste 600               Plymouth MI 48170-4253
121 N LaSalle St Room 107A               Chicago, IL 60604-3517
Chicago IL 60602-1232


(p)DIRECTV LLC                           Daniel R Zajac                          (p)JEFFERSON CAPITAL SYSTEMS LLC
ATTN BANKRUPTCIES                        c/o Komyatte & Casbon, PC               PO BOX 7999
PO BOX 6550                              9650 Gordon Drive                       SAINT CLOUD MN 56302-7999
GREENWOOD VILLAGE CO 80155-6550          Highland, IN 46322-2909


Munster Radiology Group                  Orion                                   SpeedyRapid Cash
c/o Komyatte & Casbon, PC                c/o PRA Receivables Management, LLC     P.O. Box 780408
9650 Gordon Drive                        PO Box 41021                            Wichita, KS 67278-0408
Highland, IN 46322-2909                  Norfolk, VA 23541-1021


V&A Towing                               Verizon                                 Delores Lee
25 Marble St                             by American InfoSource as agent         4017 S Dearborn St 2N
Hammond IN 46327-1583                    4515 N Santa Fe Ave                     Chicago, IL 60609-2943
                                         Oklahoma City, OK 73118-7901


Patrick S Layng                          Thomas H. Hooper
Office of the U.S. Trustee, Region 11    Office of the Chapter 13 Trustee
219 S Dearborn St                        55 E. Monroe St., Suite 3850
Room 873                                 Suite 3850
Chicago, IL 60604-2027                   Chicago, IL 60603-5764
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                  by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
DIRECTV LLC                              Jefferson Capital Systems LLC
Attn: Bankruptcies                       Po Box 7999
POB 6550                                 Saint Cloud Mn 56302-9617
Greenwood Village CO 80155-6550
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Star

End of Label Matrix
Mailable recipients   19
Bypassed recipients    1
Total                 20