IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| IN RE: | |
|---|---|
| Delores Lee | Case No.: 19-08222 |
| | Judge: Honorable Carol A. Doyle |
| | Chapter: 13 |
| , Debtor | |

## ORDER MODIFYING THE PLAN POST-CONFIRMATION

This matter coming to be heard on the Debtor's Motion to Modify the Chapter 13 Plan Post-Confirmation;

The Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto,

IT IS HEREBY ORDERED:

I. The plan shall be modified as follows:

$120 for the first 30 months, followed by $180 for the following 30 months.

II. The existing default is deferred.

Entered:

_____          _____
Dated                                                          United States Bankruptcy Judge